UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NORMAN P. DEEP, JR.,

                          Plaintiff,

   vs                                              6:07-CV-1144

CLINTON CENTRAL SCHOOL DISTRICT;
JEFFREY ROUDEBUSH, Individually, and
in his Official Capacity as Superintendent of
the Clinton Central School District; GLENN
COIN, In his Official Capacity as President
Superintendent of the Clinton Central School
District Board of Education; PAUL SCOPAC,
In his Official Capacity as Vice President of the
Clinton Central School District Board of Education;
BETH TEGART, ALEXANDER D'ACUNTO, and
KATHERINE COLLETT, In their Official Capacity
as a Member of the Clinton Central School District
Board of Education;

                                       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

AJ BOSMAN, ESQ.
Attorney for Plaintiff
6599 Martin Street
Rome, New York 13440

CALLI CALLI & CULLY                   HERBERT J. CULLY, ESQ.
Attorneys for Plaintiff
510 Bleecker Street
Utica, New York 13502

NORMAN P. DEEP, ESQ.
Attorney for Plaintiff
PO Box 270
Sherrill, New York 13451-0270

FRANK W. MILLER, ESQ.                IMAN ABRAHAM, ESQ.
Attorney for Defendants                 CHARLES E. SYMONS, ESQ.
6575 Kirkville Road
East Syracuse, New York 13057

DAVID N. HURD
United States District Judge

## O R D E R

The remaining defendants have made a second motion for summary judgment pursuant to Fed. R. Civ. P. 56 to plaintiff's First Amendment Retaliation Claim. (Docket No. 45). Plaintiff opposes and cross-moves for summary judgment. (Docket Nos. 48, 49, 50, 51, and 52). Defendants filed a reply. (Docket No. 54).

Upon a review of the submissions and in each case reviewing the evidence most favorable to the non-moving party (plaintiff in the second motion and defendants in the cross-motion), questions of material fact exist as to all relevant issues pertaining to plaintiff's retaliation claim.

Therefore, it is

ORDERED that

1. Defendant's second motion is DENIED; and

2. Plaintiff's cross-motion is DENIED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 13, 2009
       Utica, New York.